**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Koby D. Boyett
Attorney at Law
P. O. Box 12746
Alexandria LA 71315

**REHEARING ACTION: April 15, 2015**

**Docket Number: 14   00963-CA**

**JAMES NORMAN THOMPSON**
**VERSUS**
**CHRYSTAL LANDRY THOMPSON**

**Appealed from Rapides Parish Case No. 223,238**

**BEFORE JUDGES:**

　Hon. Sylvia R. Cooks
　Hon. Billy Howard Ezell
　Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Chrystal Landry Thompson** has this day been

　**DENIED.**
　Cooks, J., would grant the rehearing.

cc: Rodney Marchive Rabalais, Counsel for the Appellee